810 A.2d 113

Gregory WILSON, Appellant,

v.

PENNSYLVANIA BOARD OF PROBATION
PAROLE, Appellee.

No. 48 WAP 2002.

Supreme Court of Pennsylvania.

Nov. 8, 2002.

## ORDER

PER CURIAM.

**AND NOW,** this 8th day of November, 2002, probable jurisdiction is noted and the order appealed is affirmed.